**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GEORGE R. LOPEZ, JR. | § | |
| VS. | § | CIVIL ACTION NO. 9:19-CV-45 |
| DR. RICHARD TRACY, ET AL., | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff George R. Lopez, Jr., a prisoner previously confined at the Diboll Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Dr. Richard Tracy, Belinda Byron, Janet Haney, and Leigh Anne Jordan.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends granting defendants' motion to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

\*\*NOT FOR PRINTED PUBLICATION\*\*

ORDER

The findings and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 10) is **ACCEPTED**. Defendants' motion to dismiss (document no. 9) is **GRANTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** **March 15, 2020.**

_____
Ron Clark, Senior District Judge